CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>V.<br>**Enrique Zepeda**<br>**DOB: 1985, Mexican Citizen** | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**09-01649M** |

### Complaint for violation of Title 18 United States Code §922(g)(5)(A) and 924(a)(2)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about March 26, 2009, at or near Tucson, in the District of Arizona, **Enrique Zepeda**, an alien who was illegally and unlawfully in the United States, did knowingly possess a firearm, that is, a Browning imported Sig-Sauer, .38 Super caliber semi-automatic pistol, bearing serial number 375RR1183, said firearm being in and affecting interstate commerce in that it was previously shipped and transported into the state of Arizona from another state or foreign country, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

FILED ✓    LODGED ____
RECEIVED ____   COPY ____

APR - 3 2009

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On or about March 26, 2009, at or near Tucson, in the District of Arizona, a Tucson Police Department officer observed a Chevrolet Avalanche driving at a high rate of speed. The officer stopped and contacted the driver and sole occupant of the vehicle, **Enrique Zepeda**. As **Zepeda** searched for his license, registration and proof of insurance, an assisting officer noticed a barrel of a gun pointing out from under the armrest and informed the officer at the driver's side door of the firearm's presence. That officer then had **Zepeda** step out of the car. The gun was recovered and was identified as a Browning imported Sig-Sauer, .38 Super caliber semi-automatic pistol, bearing serial number 375RR1183. After *Miranda*, **Zepeda** admitted that he was illegally in the United States. Immigration and Customs Enforcement later placed an Immigration Detainer and Hold on **Zepeda** as he was determined to be a citizen of Mexico with no legal authority to be present in the United States. The Sig-Sauer, .38 Super caliber semi-automatic pistol was determined to be manufactured outside the state of Arizona, and thus, it affected interstate and/or foreign commerce by its presence in Arizona.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>TSETHLIKAI/mcb<br>AUTHORIZED BY: AUSA | SIGNATURE OF COMPLAINANT<br>(official title) |
|---|---|
| | OFFICIAL TITLE        Special Agent<br>ATF Bernardo Arellano |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>April 2, 2009 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3 and 54